UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     <u>Hall v. HWS, LLC, et al.</u>
        No. 22-cv-996

DATE:   July 16, 2024

\* \* \*

The Court is in receipt of the parties' Correspondence (ECF No. 97), in which the parties jointly request a 30-day continuance of the upcoming hearing on Defendants' Motions to Dismiss so that the parties may pursue mediation.

The Court **APPROVES** the parties' request and will **CANCEL** the July 25, 2024 Motions Hearing.

However, other proceedings, including trials, prevent the Court from resetting the Motions Hearing 30 days from July 25, as the parties request. Accordingly, the Court will **RESCHEDULE** the Motions Hearing for Wednesday, October 16, 2024, at 2:30 p.m.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC:     Court file
        Counsel of Record

1