**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| SHARNESE HALL : | |
| On Her Own Behalf and on Behalf of : | |
| All Others Similarly Situated, : | |
| : | |
| Plaintiff, : | Civil Action No. 8:22-cv-00996-PJM |
| v. : | |
| : | |
| HWS, LLC t/a : | |
| HENRY'S WRECKER SERVICE, *et al*. : | |
| : | |
| Defendants. : | |

**Joint Motion for Preliminary Approval of Class Action Settlement, and for**
**Approval of the Form, Manner and Administration of Notice**

Plaintiff, Sharnese Hall ("Representative Plaintiff"), and Defendants HWS, LLC, Henry's Wrecker Service Company of Fairfax County, Inc., Fred Scheler, Richard Barakat, Joshua Welk, Wheaton Metro Residential Holdings, LLC and Foulger-Pratt Residential, LLC (all Defendants are collectively referred to as "Defendants"), jointly and respectfully move for preliminary approval of a proposed class action settlement pursuant to Fed. R. Civ. P. 23(e)(1).

The Settlement Agreement ("Agreement") is attached as **Exhibit 1**. The proposed notices for class members about the settlement are attached to the Agreement as **Exhibit C** (Postcard Notice), and **Exhibit D** (Long-Form Notice).

As more fully set forth in the Representative Plaintiff's attached memorandum of law, notice to class members about the proposed settlement is warranted, because the Court "will likely be able to: (i) approve the proposal under Rule 23(e)(2); and (ii) certify the class for purposes of judgment on the proposal." *Fed.R.Civ.P.* 23(e)(1).

As reflected in the attached proposed Order Preliminarily Approving Settlement, Certifying Class for Settlement Purposes, Appointing Class Counsel and Settlement Administrator, and Setting Schedule with Respect to Notice, Settlement Hearing and Administration (the "Order"), which is attached to the Agreement as **Exhibit B**, the parties propose the following timetable:

| | |
|---|---|
| **Within fifteen (15) calendar days after Entry of the Order** | Defendants to provide Settlement Administrator and Class Counsel the necessary and agreed upon data to compile the Class Member List |
| **Within ten (10) calendar days after Entry of the Order but no earlier than January 15, 2025** | Defendants deposit $3 million into the Common Fund at Fulton Bank, as designated by Class Counsel and the Settlement Administrator |
| **Within twenty (20) business days after Defendants transmits the Data for Settlement Administrator to compile the Class List** | Settlement Administrator to mail notice to Class and publish Settlement Website |
| **At Least Thirty calendar (30) days Before the Final Approval hearing** | Representative Plaintiff to file memoranda in support of the settlement, an award of attorneys' fees and costs and an incentive payment to the Representative Plaintiff |
| **Forty-Five (45) calendar days from the Notice Date** | Deadline for any member of the Class to mail Request for Exclusion or file and serve any objection to the settlement |
| **As set by the Court, but after one hundred (100) calendar days after Date of the Order** | Final Approval hearing[1] |

---

[1] Thus, by way of example, if the Court grants preliminary approval of the settlement on January 13, 2025, then the Final Approval hearing can be scheduled on or after **April 23, 2025**.

2

WHEREFORE, the parties jointly and respectfully request that the Court (1) preliminarily approve the proposed settlement, (2) preliminarily certify the Class for settlement purposes only, (3) appoint the undersigned attorneys for Representative Plaintiff as Class Counsel, (4) approve the form of and direct notice to the Class, and (5) grant such further relief as justice demands. A comprehensive proposed Order is attached.

Respectfully submitted,

| /s/ Richard S. Gordon | /s/Aidan Smith (w/permission RSG) |
|---|---|
| Richard S. Gordon (Fed. Bar No. 06882) | Aidan F. Smith (Fed. Bar No.: 29312) |
| rgordon@GWCfirm.com | asmith@pklaw.com |
| Benjamin H. Carney (Fed. Bar No. 27984) | Robert S. Campbell (Fed. Bar No.: 25731) |
| bcarney@GWCfirm.com | rcampbell@pklaw.com |
| GORDON, WOLF & CARNEY, CHTD. | PESSIN KATZ LAW, P.A. |
| 11350 McCormick Road | 901 Dulaney Valley Road, Suite 500 |
| Executive Plaza 1, Suite 1000 | Towson, Maryland 21204 |
| Baltimore, Maryland 21204 | Telephone: (410) 938-8800 |
| Telephone: (410) 825-2300 | Facsimile: (410) 832-5628 |
| Facsimile: (410) 825-0066 | |
| Attorneys for Representative Plaintiff and the Class | Attorneys for Defendants HWS, LLC, Henry's Wrecker Service Company of Fairfax County, Inc., Fred Scheler, Richard Barakat, Joshua Welk, Wheaton Metro Residential Holdings, LLC and Foulger-Pratt Residential, LLC |